IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 4:13-cr-129-DPM

HENRY J. BILLIOT                                            DEFENDANT

ORDER

Unopposed motion, № 40, granted.  Supplement due 4 March 2014.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 28 February 2014